**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,         )<br>                                                    )<br>                   Plaintiff,           )<br>                                                    )<br> vs.                                              )<br>                                                    )<br> Carlin Grant Bartschi,             )<br>                                                    )<br>                   Defendant.       )<br>                                                    ) | No. CR 06-0349-PHX-ROS<br><br>**ORDER** |

The Court has received this date a letter and attachments from Defendant Carlin Grant Bartschi. The Court will not consider the letter and has directed that the letter be forwarded to Mr. Klink, Defendant's counsel in this matter. Parties may not communicate with the Court via letter. Represented parties shall only communicate with Court through counsel and any such communications shall only be on the record in open court or via pleadings filed with the Clerk. Further, Defendant is advised that the Order Setting Conditions of Release remains in effect until further order of the Court.

**IT IS ORDERED** that Defendant shall not cause any further letters to be mailed or delivered to the Court.

. . .

. . .

. . .

1 **IT IS FURTHER ORDERED** advising Defendant that the Order Setting Conditions
2 of Release remains in effect until further order of the Court.
3 DATED this 28th day of April, 2006.

David K. Duncan
United States Magistrate Judge